**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00571-REB-PAC

LANCE CASSINO,

    Plaintiff,

v.

JOHNSON & JOHNSON d/b/a CORDIS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 10, 2006, the parties filed a **Joint Motion to Dismiss With Prejudice** [#20]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Dismiss With Prejudice** [#20], filed on January 10, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for November 21, 2006, is **VACATED**; and

4.  That the jury trial set to commence on December 11, 2006, is **VACATED**.

Dated January 10, 2006, at Denver, Colorado.

             BY THE COURT:

             s/ Robert E. Blackburn
             Robert E. Blackburn
             United States District Judge